UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Case No.: 3:23-cv-00430-FDW-SCR

**LUBOMIR DIMITROV**, *on behalf of himself and all others similarly situated*,

        *Plaintiff*,

v.

**USD FUNDING LLC,**

        *Defendant*.

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff, Lubomir Dimitrov, by and through his undersigned counsel, hereby moves this Honorable Court for an entry of default judgment against USD Funding LLC in the amount of $132,000.00. Plaintiff relies on the accompanying memorandum of law, declaration of Plaintiff and evidence contained within and affixed to the declaration in support of this motion.

Dated: August 23, 2024          Respectfully submitted,

                                            /s Craig Shapiro
                                            Craig Shapiro (State Bar # 48887)
                                            SHAPIRO LAW OFFICE, PLLC
                                            644 Holly Springs Road, Suite 195
                                            Holly Springs, North Carolina 27540
                                            (919) 480-8885
                                            craig@shapirolawofficepllc.com

## CERTIFICATE OF SERVICE

I certify that on August 23, 2024 I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system. I further certify that a copy of the foregoing document(s) was mailed via U.S. Mail to the person(s) listed below:

USD FUNDING, LLC
Attn.: Israel Tzivin
67 NW 183rd Street
Miami Gardens, Florida 33169

USD FUNDING, LLC
Attn.: Israel Tzivin
5301 N Federal Hwy
Ste 180
Boca Raton, FL 33487

Dated: August 23, 2024 /s Craig Shapiro
Craig Shapiro