UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Case No.: 3:23-cv-00430-FDW-SCR

**LUBOMIR DIMITROV**, *on behalf of himself and all others similarly situated*,
*Plaintiff*,

v.

**USD FUNDING LLC,**
*Defendant*.

**DEFAULT JUDGMENT**

It is ordered, adjudged, and decreed that Plaintiff Lubomir Dimitrov's Motion for Default Judgment [Dkt 11] is GRANTED and Judgment is ENTERED in favor of Plaintiff Lubomir Dimitrov and against Defendant USD Funding LLC in the total amount of $132,000.00, as follows:

1. $12,000.00 for Defendant's violations of 47 U.S.C. § 227(c);
2. $10,500.00 for Defendant's violations of 47 C.F.R. § 64.1200(d);
3. $41,500.00 for Defendant's violations of N.C.Gen.Stat. § 75-102(a);
4. $26,500.00 for Defendant's violations of N.C.Gen.Stat. § 75-105(b); and
5. $41,500.00 for Defendant's violations of N.C.Gen.Stat. § 75-102(c).

Signed: December 10, 2024

Katherine Hord Simon, Clerk
United States District Court